IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HONIE CALEY,                                    Case No. 6:14-cv-01715-MA

               Plaintiff,                           ORDER

   v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

               Defendant.

MARSH, Judge

On June 29, 2015, plaintiff's attorney filed an unopposed Motion To Dismiss her Complaint (#11), indicating that plaintiff passed away on June 5, 2015. Plaintiff sought Supplemental Security Income benefits pursuant to Title XVI only. Plaintiff's attorney indicates that there is no surviving spouse eligible to receive payment of benefits, *see* 20 C.F.R. § 416.542(b), and there is no evidence that plaintiff received interim assistance from a state entity, *see* 20 C.F.R. § 416.121. Accordingly, pursuant to Fed.R.Civ.Pro. 41(a), plaintiff's Motion to Dismiss her Complaint is GRANTED, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this __/__ day of JULY, 2015.

Malcolm F. Marsh
Malcolm F. Marsh
United States District Judge

1 - ORDER